Officer James HERZIG, Appellant,

v.

**BOARD OF POLICE COMMISSIONERS,**
Respondent.

No. WD 47029.

Missouri Court of Appeals,
Western District.

Aug. 3, 1993.

James L. McMullin, Kansas City, for appellant.

Dale Close, Kansas City, for respondent.

Before BRECKENRIDGE, P.J., and KENNEDY and LOWENSTEIN, JJ.

ORDER

PER CURIAM.

Herzig appeals an adverse agency ruling by the respondent as to whether his disability was related to service as a police officer.

Judgment affirmed. Rule 84.16(b).